UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cr-00079-JPH-MJD |
| ) | |
| ISAK TURNER, ) | -02 |
| ) | |
| Defendant. ) | |

**ENTRY FOR FEBRUARY 16, 2022**

On this date, Isak Turner appeared in person and by counsel, Jane Ruemmele, for a change of plea and sentencing hearing.  The government appeared by counsel, Assistant United States Attorney William McCoskey, with its investigative agent, ATF Task Force Officer Aaron Carter.  Kendra Stakelbeck appeared on behalf of the United States Probation Office.  The hearing was recorded by Court Reporter Jodie Franzen.

Defendant was placed under oath.  The Court found that Defendant was fully competent and able to enter an informed plea; Defendant's plea was being made knowingly and voluntarily; and the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged.  The Court accepted the Plea of Guilty after conducting the requisite hearing under Federal Rule of Criminal Procedure 11(b).  The Court adjudged Defendant guilty.

The Court reviewed the presentence investigation report.  Witnesses Aaron Carter and Isak Turner were sworn, examined, and cross-examined.  The Court made the following rulings on objections:

<u>Defendant's Objection No. 1, ¶¶ 8-15</u>:  The objection did not require a ruling.

<u>Defendant's Objection No. 2, ¶ 22</u>:  The Court overruled the objection and found the four-level enhancement under §2K2.1(b)(6)(B) did apply.

There were no other objections to the presentence investigation report.  The parties were heard with respect to the sentence, application of the Sentencing Guidelines and application of 18 U.S.C. § 3553(a) factors.  For the reasons stated, Defendant was sentenced to 42 months' imprisonment and three years' supervised release.  A fine of $250.00 was imposed with interest waived.  A special assessment of $100.00 was imposed.  Defendant was remanded to the custody of the U.S. Marshal.  The Judgment is forthcoming.

Distribution:

William Lance McCoskey
UNITED STATES ATTORNEY'S OFFICE
william.mccoskey@usdoj.gov

Jane Ruemmele
HAYES RUEMMELE LLC
jane@chjrlaw.com