UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff, | ) ) ) | | |
| v. | ) ) | Cause No. | 1:20-cr-00079-JPH-MJD |
| ISAK TURNER, | ) ) | | - 02 |
| Defendant. | ) ) | | |

**AMENDED REPORT AND RECOMMENDATION**

On July 2, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on November 4, 2024. Defendant Turner appeared in person with his appointed counsel Gwendolyn Beitz. The government appeared by William McCoskey, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Jamie Roberts.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Turner of his rights and provided him with a copy of the petition. Defendant Turner orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Turner admitted violation numbers 1 and 2. [Docket No. 112.] The parties jointly moved to amend violation 2 which includes a sustained State conviction where defendant pled guilty on April 2, 2025, to two counts of misdemeanor criminal mischief. Defendant was sentenced to 300 days as to count 1 and 180 days as to count 2, to be served consecutively. Government orally moved to withdraw the remaining violations, which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not use or possess alcohol."**<br><br>On October 29, 2024, Mr. Turner submitted to a urine sample with the results being positive for alcohol. He admitted to drinking liquor the night before due to stress related to him speaking with detectives as part of an on-going investigation. He signed an admission form for the positive test result. |
| 2 | **"You shall not commit another federal, state, or local crime."**<br><br>According to the Greenfield Police Department probable cause affidavit, on or about the evening of October 6, 2024, Isak Turner, and others, threw large explosive devices at parked vehicles at an apartment complex in Greenfield, Indiana. The devices caused significant damage to three parked vehicles with the incident being captured on video. On November 1, 2024, Mr. Turner was arrested by detectives with the Greenfield Police Department, and charged with felony arson and misdemeanor criminal mischief.<br><br>As amended by agreement of the parties:<br>State conviction where defendant pled guilty on April 2, 2025, to two counts of misdemeanor criminal mischief. Defendant was sentenced to 300 days as to count 1 and 180 days as to count 2, to be served consecutively. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade C violation.

    (b) Defendant's criminal history category is III.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 5 to 11 months' imprisonment.

5. The government argued for a sentence of 11 months' imprisonment. Defendant's counsel argued for a 5 months' imprisonment. Defendant requested placement at FCI Butner II, and further requests not be placed at any of the Terre Haute facilities.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 8 months of incarceration with 24 months of supervised release to follow. In addition to the mandatory conditions of supervision, the following conditions of supervised release will be imposed:

1) You shall report to the probation office in the federal judicial district to which you are released within 72 hours of release from custody of the Bureau of Prisons. Justification: The Court is imposing this condition as an administrative requirement of supervision.
2) You shall report to the probation officer in a manner and frequency directed by the Court or probation officer.
Justification: The Court is imposing this condition as an administrative requirement of supervision.
3) You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer. Justification: The Court is imposing this condition to assist the probation officer in monitoring the defendant for protection of the community.
4) You shall not knowingly leave the federal judicial district without the permission of the court or probation officer.
Justification: The Court is imposing this condition as an administrative requirement of supervision.
5) You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.
Justification: The Court is imposing this condition as an administrative requirement of supervision.
6) You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact. Justification: The Court is imposing this condition to reduce the risk of recidivism and provide for public safety.
7) You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited it, changes in who lives there, job positions, job

responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change. Justification: The Court is imposing this condition to assist the probation officer in monitoring the defendant for protection of the community.
8) You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.
Justification: The Court is imposing this condition to assist the probation officer in monitoring the defendant for protection of the community.
9) You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer. Justification: The Court is imposing this condition to assist the probation officer in monitoring the defendant for protection of the community.
10) You shall maintain full-time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment. Justification: The Court is imposing this condition to ensure the defendant maintains gainful employment and to reduce the risk of recidivism.
11) You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision. Justification: The Court is imposing this condition as an administrative requirement of supervision.
12) You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence investigation report and available evaluations to the treatment provider, as approved by the probation officer. Justification: The Court is imposing this condition to address the defendant's history of polysubstance abuse.
13) You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage. Justification: The Court is imposing this condition to address the defendant's history of polysubstance abuse.
14) You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e. g. synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning whether or not intended for human consumption. Justification: The Court is imposing this condition to address the defendant's history of polysubstance abuse.
15) You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods. Justification: The Court is imposing this condition to allow the probation officer to monitor the defendant's sobriety.
16) You shall not use or possess alcohol. Justification: The Court is imposing this condition to reduce the risk of recidivism and assist in the defendant's rehabilitation.
17) You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution.

Justification: The Court is imposing this condition to assist the probation officer in verifying the legitimacy of the defendant's income, and to ensure the defendant is paying the maximum amount possible toward any fine.

18) You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treating physician. The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer. Justification: The Court is imposing this condition to address the defendant's history of a mental health condition and desire for treatment.

19) You shall pay the costs associated with the following imposed conditions of supervised release, to the extent you are financially able to pay: mental health evaluation and treatment. Justification: The Court is imposing this condition to allow the defendant to take responsibility for paying what he can toward court-ordered programming and to allow the probation officer to determine his ability to pay.

20) You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches. Justification: Due to the nature of the instant offense and the defendant's history of drug use and possession, the Court is imposing this condition to assist the probation officer in monitoring him for the protection of the community.

21) You shall participate in an educational services program at the direction of the probation officer and abide by the rules and regulations of that program. Such programs include high school equivalency preparation, English as a Second Language classes, and other classes designed to improve your proficiency in skills such as reading, writing, mathematics, or computer use. Justification: The Court is imposing this condition to ensure the defendant invests in his own rehabilitation and obtains a high school equivalency certificate to reduce the risk of recidivism.

22) You shall participate in an evaluation for the MRT Program.

Defendant reviewed the above noted conditions with his attorney.

Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The Magistrate Judge will make a recommendation of placement at FCI Butner II and requests that defendant not be placed at any of the Terre Haute facilities.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 7/11/2025

*Mario Garcia*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system