UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cr-00079-JPH-MJD |
| ) | |
| ISAK TURNER, ) | -02 |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Mario Garcia's Amended Report and Recommendation and all findings therein, dkt. [129]. The previous order adopting report and recommendation is **VACATED**. Dkt. [128]. Violation number 3 is **WITHDRAWN**. The Court now **ORDERS** that Isak Turner's supervised release is therefore **REVOKED**, dkt. [112], and Mr. Turner is sentenced to the custody of the Attorney General or his designee for imprisonment of 8 months with 24 months of federal supervision to follow. The Court recommends placement at FCI Butner II and requests that defendant not be placed at any of the Terre Haute facilities.

The following condition of supervised release are imposed:

1. You shall report to the probation office in the federal judicial district to which you are released within 72 hours of release from custody of the Bureau of Prisons. Justification: The Court is imposing this condition as an administrative requirement of supervision.

2. You shall report to the probation officer in a manner and frequency directed by the Court or probation officer.
Justification: The Court is imposing this condition as an administrative requirement of supervision.

3. You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer. Justification: The Court is imposing this condition to assist the probation officer in monitoring the defendant for protection of the community.

4. You shall not knowingly leave the federal judicial district without the permission of the court or probation officer.
Justification: The Court is imposing this condition as an administrative requirement of supervision.

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.
Justification: The Court is imposing this condition as an administrative requirement of supervision.

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

Justification: The Court is imposing this condition to reduce the risk of recidivism and provide for public safety.

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited it, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change. Justification: The Court is imposing this condition to assist the probation officer in monitoring the defendant for protection of the community.

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.
Justification: The Court is imposing this condition to assist the probation officer in monitoring the defendant for protection of the community.

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer. Justification: The Court is imposing this condition to assist the probation officer in monitoring the defendant for protection of the community.

10. You shall maintain full-time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment. Justification: The Court is imposing this condition to ensure the defendant maintains gainful employment and to reduce the risk of recidivism.

11. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision. Justification: The Court is imposing this condition as an administrative requirement of supervision.

12. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence investigation report and available evaluations to the treatment provider, as approved by the probation officer.
Justification: The Court is imposing this condition to address the defendant's history of polysubstance abuse.

13. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage. Justification: The Court is imposing this condition to address the defendant's history of polysubstance abuse.

14. You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e. g. synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning whether or not intended for human consumption.

    Justification: The Court is imposing this condition to address the defendant's history of polysubstance abuse.

15. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.
Justification: The Court is imposing this condition to allow the probation officer to monitor the defendant's sobriety.

16. You shall not use or possess alcohol. Justification: The Court is imposing this condition to reduce the risk of recidivism and assist in the defendant's rehabilitation.

17. You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution.
Justification: The Court is imposing this condition to assist the probation officer in verifying the legitimacy of the defendant's income, and to ensure the defendant is paying the maximum amount possible toward any fine.

18. You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment

provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treating physician. The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

Justification: The Court is imposing this condition to address the defendant's history of a mental health condition and desire for treatment.

19. You shall pay the costs associated with the following imposed conditions of supervised release, to the extent you are financially able to pay: mental health evaluation and treatment.

Justification: The Court is imposing this condition to allow the defendant to take responsibility for paying what he can toward court-ordered programming and to allow the probation officer to determine his ability to pay.

20. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the

seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

Justification: Due to the nature of the instant offense and the defendant's history of drug use and possession, the Court is imposing this condition to assist the probation officer in monitoring him for the protection of the community.

21. You shall participate in an educational services program at the direction of the probation officer and abide by the rules and regulations of that program. Such programs include high school equivalency preparation, English as a Second Language classes, and other classes designed to improve your proficiency in skills such as reading, writing, mathematics, or computer use.

Justification: The Court is imposing this condition to ensure the defendant invests in his own rehabilitation and obtains a high school equivalency certificate to reduce the risk of recidivism.

22. You shall participate in an evaluation for the MRT Program.

**SO ORDERED.**

Date: 7/15/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C